# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pappas, Jim D. | U.S. Bankruptcy Court | 09/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ✔ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
550 W. Fort St.
Boise, Idaho 83724

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Pocatello Investors. Judge Pappas ▓ are general partner in this partnership, composed of several friends (non-lawyers) which owns a |
| 2. | | small condominium in Sun Valley, Idaho, for the sole purpose of the private use of the partners. On taking the bench in March, 1990, |
| 3. | | Judge Pappas ▓ relinquished all rights to vote or otherwise participate in partnership activites, other than right to use condominium. |
| 4. | Member, Board of Governors ( Term expired 10/16) | National Conference of Bankruptcy Judges |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappas, Jim D. | 09/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 8/16-12/16 | University of Idaho College of Law-Teaching | $4,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Idaho State Bar Annual Seminar | 02/18-02/19/2016 | Idaho Falls, Id | Speaker | Meals, hotel |
| 2. | National Conference of Bankruptcy Judges (NCBJ) | 03/14- 03/15/2016 | Fort Worth, Tx | Member | Transportation, meals, hotel |
| 3. | National Association of Consumer Bankruptcy Attorneys (NACBA) | 05/19-05/20/2016 | San Francisco, Ca | Speaker | Transportation, meals, hotel |
| 4. | Montana Bankruptcy Section Seminar | 08/18-08/19/2016 | Billings, Mt | Speaker | Transportation, meals, hotel |
| 5. | National Conference of Bankruptcy Judges (NCBJ) | 10/25-10/26/2016 | San Francisco, Ca | Member | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappas, Jim D. | 09/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappas, Jim D. | 09/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin Utilities Fund | A | Interest | J | T | | | | | |
| 2. Washington Mututal Investors Fund | A | Interest | K | T | | | | | |
| 3. Wells Fargo Bank (Savings) | A | Interest | J | T | | | | | |
| 4. Pocatello Investors- Real Estate, Sun Valley, ID | | None | M | W | | | | | |
| 5. Federated American Leaders Fund (survivor IRA) (X) #2 | A | Interest | J | T | | | | | |
| 6. Federated Market Opportunity Fund (survivor IRA) (X) #2 | A | Interest | J | T | | | | | |
| 7. Income Fund of America (Survivor IRA) (X) #2 | A | Interest | J | T | | | | | |
| 8. D.A Davidson & Co. Bank Insured Deposit Program | B | Interest | L | T | | | | | |
| 9. D.A. Davidson & Co. Bank Insured Deposit Program (IRA) | A | Interest | J | T | | | | | |
| 10. D.A Davidson & Co. Bank Insured Deposit Program (IRA) #2 | A | Interest | J | T | | | | | |
| 11. D.A. Davidson & Co. Bank Insured Deposit Program #2 | A | Interest | K | T | | | | | |
| 12. Vanguard Inflation Protection Securities Fund | A | Interest | J | T | | | | | |
| 13. Blackrock Inflation Protection Bond Fund (IRA) | A | Interest | K | T | | | | | |
| 14. Blackrock Inflation Protection Bond Fund (IRA) #2 | A | Interest | K | T | | | | | |
| 15. Washington Mutual Investors Fund #2 | A | Interest | K | T | | | | | |
| 16. Vanguard Inflation Protection Securites #2 | A | Interest | K | T | | | | | |
| 17. Russell Lifepoints Balance Strategy Fund | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappas, Jim D. | 09/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hartford Life Directory Annuity #2 | A | Dividend | K | T | | | | | |
| 19. Hartford International Opportunity Fund #2 | A | Dividend | J | T | | | | | |
| 20. Hartford Balance Fund #2 | A | Dividend | J | T | | | | | |
| 21. Hartford Capital Appreciation Fund #2 | A | Dividend | J | T | | | | | |
| 22. Hartford Dividend & Growth Fund #2 | A | Dividend | J | T | | | | | |
| 23. Hartford Stock Fund #2 | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

RE: Section VII; Items Nos. 18-23:  The item listed in Section VII, Item Nos. 18 (Hartford Life Directory Annuity #2), this is a variable annuity funded by the interests in the Funds identifed in Items Nos. 19-23.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jim D. Pappas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544